IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID MULKEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| SUNRISE CREDIT | ) | 1:12-cv-1548 SEB-DKL |
| SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | Jury Demanded |

## COMPLAINT

Plaintiff, David Mulkey, by counsel, hereby brings this action for violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et. seq. ("FDCPA"), and to recover damages for the alleged conduct, and in support thereof, says and alleges:

### JURISDICTION AND VENUE

1. The Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, 28 U.S.C. § 1331 and 28 USC § 1367.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and Defendant transacts business here.

### PARTIES

3. Plaintiff, David Mulkey ("Mr. Mulkey"), is a resident of the State of Indiana and resides in the Southern District of Indiana.

1

4. Defendant Sunrise Credit Service, Inc. ("Sunrise") is a New York Corporation, with its principal place of business located in Farmingdale, NY. Sunrise does business in the State of Indiana and in the Southern District of Indiana. Specifically, Sunrise engages in third party debt collection activity and attempts to collect debts from residents of Indiana and the Southern District of Indiana.

## FACTUAL ALLEGATIONS

5. Sunrise is a collection agency that regularly collects debts from consumers on behalf of its clients.

6. Sunrise is a debt collector as defined by 15 U.S.C. § 1692a(6) of FDCPA.

7. Sunrise was retained to perform third party consumer debt collection work on behalf of its client, AT&T U-Verse.

8. In its capacity, as third party debt collector for AT&T U-Verse, Sunrise attempted to collect an AT&T U-Verse debt from Mr. Mulkey.

9. On June 28, 2012, Mr. Mulkey and his wife, Yolanda Mulkey ("Mr. and Mrs. Mulkey") filed a joint Chapter 7 Bankruptcy petition docketed in United States Bankruptcy Court for the Southern District of Indiana as Case No. 12-07786-JKC-7. A true and accurate copy of the cover sheet of Mr. and Mrs. Mulkey's Chapter 7 Bankruptcy petition is attached hereto as Exhibit "A".

10. Mr. and Mrs. Mulkey's AT&T U-verse debt was incurred prior to their June 28, 2012 bankruptcy petition. AT&T U-verse was listed as an unsecured creditor in Mr. and Mrs. Mulkey's Chapter 7 Bankruptcy Petition. A true and accurate copy of the relevant portion of Schedule "F" from Mr. and Mrs. Mulkey's Chapter 7 Bankruptcy petition is attached hereto as Exhibit "B".

11. AT&T U-verse received notice of Mr. and Mrs. Mulkey's bankruptcy petition.

12. Despite Mr. and Mrs. Mulkey's bankruptcy filing, AT&T U-verse assigned the account to Sunrise for collection.

13. In late August 2012, Mr. Mulkey received a collection letter from Sunrise. The letter was dated August 22, 2012, and demanded payment of Mr. Mulky's AT&T U-verse account. A true and accurate copy of the Sunrise collection letter dated August 22, 2012 is attached hereto as Exhibit "C".

### COUNT I
### Violation of 15 U.S.C. § 1692e(2)(A), § 1692e(5), and § 1692e(10)
### False or Misleading Representations

14. Mr. hereby adopts and re-alleges paragraph one (1) through thirteen (13) of his complaint.

15. Sunrise's collection letter dated August 22, 2012 was in blatant disregard and violation of the bankruptcy stay.

16. Sunrise had no right to attempt to collect the AT&T U-verse debt from Mr. Mulkey because of the operation of the bankruptcy stay.

17. Sunrise's attempt to collect the AT&T U-verse debt despite the operation of the bankruptcy stay constitutes a false representation of the amount, character, and legal status of the debt in violation of 15 U.S.C. § 1692e(2)(A) of the FDCPA.

18. By taking collection action on behalf of AT&T U-verse against Mr. Mulkey despite the operation of the bankruptcy stay, Sunrise took collection actions that it could not legally take in violation of 15 U.S.C. § 1692e(5) of the FDCPA.

19. By attempting to collect the AT&T U-verse debt from Mr. Mulkey despite the operation of the bankruptcy stay, Sunrise used false representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. § 1692e(10) of the FDCPA.

20. Sunrise's violations of 15 U.S.C. § 1692e(2)(a), § 1692e(5), and § 1692e(10) of the FDCPA render it liable for actual and statutory damages, costs, and reasonable attorneys fees, all pursuant to 15 U.S.C. § 1692k of FDCPA.

## REQUEST FOR RELIEF

Plaintiff, David Mulkey, hereby requests that the Court:

1. Find that Defendant's debt collection actions violated FDCPA.

2. Enter Judgment in favor of Plaintiff, David Mulkey, and against Sunrise Credit Service, Inc. for all of their actual damages, FDCPA statutory damages, reasonable attorney's fees, and costs.

3. Grant such further just and proper relief.

## JURY DEMAND

Plaintiffs, David and Yolanda Mulkey, hereby demand a trial by jury.

Respectfully submitted,

NERZ WALTERMAN, P.C.

By: _____
C. Warren Nerz, Esq. (16152-49)
Attorney for Plaintiffs

C. Warren Nerz, Esq.
NERZ WALTERMAN, P.C.
5144 East Stop 11 Road, Suite 20
Indianapolis, Indiana 46237
(317) 885-7500